IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  02CV3644 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD JOHNSON | ) | |
| 7039 Georgian Road | ) | |
| Philadelphia, PA 19138 | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of defendant Harold Johnson,  for failure to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, as appears from the sworn declaration of Pat S. Genis, attached hereto.

Dated: July 21,  2003.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-6390

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAROLD JOHNSON )<br>7039 Georgian Road )<br>Philadelphia, PA 19138 )<br>)<br>Defendant. ) | Civil Action No. 02CV3644 |

## DEFAULT

The defendant, Harold Johnson, having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is entered against defendant, Harold Johnson, pursuant to Rules 55(a) and (d) of the Federal Rules of Civil Procedure, for having failed to appear, plead, or otherwise defend in this action.

Dated this ___ day of _____, 2003.

MICHAEL E. KUNZ
CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  02CV3644 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD JOHNSON | ) | |
| 7039 Georgian Road | ) | |
| Philadelphia, PA 19138 | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing REQUEST TO ENTER DEFAULT, DECLARATION OF PAT S. GENIS and DEFAULT was served this 22nd day of July, 2003, by placing true and correct copies thereof in the United States mail, first class postage prepaid, addressed as follows:

        HAROLD JOHNSON.
        7039 Georgian Road
        Philadelphia, PA 19138

        _____
        PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  02CV3644 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD JOHNSON | ) | |
| 7039 Georgian Road | ) | |
| Philadelphia, PA 19138 | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF PAT S. GENIS

The undersigned hereby declares as follows:

1. My name is Pat S. Genis. I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C. In that position, I am responsible for representing the interest of the United States in the above-captioned case.

2. On June 7, 2002, the United States filed its complaint against Harold Johnson seeking a judgment in the total amount of $46,509.70 plus interest and additions thereon according to law.

3. Defendant Harold Johnson remains indebted to the United States in the total amount of $46,509.70, plus interest and additions thereon according to law, at the rate provided by 26 U.S.C. § 6621, until paid.

4. On November 15, 2002, defendant Harold Johnson was served with copies of the summons and complaint by a Process Server, Walt Thomas. A true and correct copy of the return of service is attached hereto as Exhibit A.

5.      On December 24, 2002, the United States filed the return of service with the Court.

6.      Defendant Harold Johnson failed to answer or otherwise defend this action as required by the Federal Rules of Civil Procedure, despite being duly served with the summons and complaint as described above and reflected in the records of this Court.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July 21, 2003.

_____
PAT S. GENIS