IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  02CV3644 |
| | ) | |
| HAROLD JOHNSON | ) | |
| 7039 Georgian Road | ) | |
| Philadelphia, PA  19138 | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT

The United States, by and through its attorney, and pursuant to Fed. R. Civ. P. 55,  requests

that the Court enter a default judgment in favor of the United States of America and against defendant,

Harold Johnson.

As grounds for this request the United States submits that on July 22, 2003, the Clerk entered a

default against defendant Harold Johnson because he failed to plead or otherwise defend the complaint,

and the defendant is indebted to the United States in the sum certain amount of $52,054.91, plus

statutory additions accruing after October 27, 2003, pursuant to 26 U.S.C. § 6601.

In support of this request, the United States submits the accompanying Memorandum and the Declaration of Eugene Murphy.

The United States requests that a default judgment be entered against defendant Harold Johnson, in favor of the United States, in the amount of $52,054.91, plus statutory additions in accordance with 26 U.S.C. § 6621 accruing after October 27, 2003.

Dated this _____ day of _____, 2003.

PATRICK L. MEEHAN
United States Attorney


_____
PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6390