IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 02CV3644 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD JOHNSON | ) | |
| 7039 Georgian Road | ) | |
| Philadelphia, PA 19138 | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PAT S. GENIS

The undersigned hereby declares as follows:

1. My name is Pat S. Genis. I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C. In that position, I am responsible for representing the interest of the United States in the above-captioned case.

2. This affidavit is further made pursuant to the provisions of the Soldiers and Sailors Civil Relief Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942; and that after investigation, the affiant has discovered that, and does hereby allege that, said Harold Johnson, is not in the military service of the United States, nor has said Harold Johnson, been detailed to any military service with any branch of the armed forces of the United States.

3. The declarant further certifies that to the best of my knowledge and belief that Harold Johnson is neither an infant nor an incompetent.

4. Defendant Harold Johnson remains indebted to the United States in the total amount of $52,054.91, plus interest and additions thereon according to law, at the rate provided by 26 U.S.C. § 6621, until paid.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 29, 2003.

_____
PAT S. GENIS