IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        :

                    Plaintiff,     :   Civil No. 02-CV3644

       v.                        :

HAROLD JOHNSON
      Defendant.          :

_____ :

## DECLARATION OF EUGENE MURPHY

I, EUGENE MURPHY, come and declare, under the penalty of perjury that:

1.   I am a Revenue Officer Advisor/Reviewer in the Technical Services Group, Territory 01, Area 3, Technical Services Territory – East, Compliance Policy, Small Business/Self-Employed business operating division of the Internal Revenue Service, Pennsylvania. My office address is Federated Investors Tower, 1001 Liberty Avenue, Suite 1300, Pittsburgh, Pennsylvania.

2.   My duties include reviewing claims for unpaid Federal taxes in legal proceedings.

3.   The records of the Internal Revenue Service, Pennsylvania, disclose the information set forth below with respect to Federal taxes due from Harold Johnson (hereinafter "the taxpayer").

4.   On the dates set forth below, a delegate of the Secretary of the Treasury of the United States made various assessments against the taxpayer for the type of taxes set forth below:

- 2 -

| Type of Tax | Tax Period | Date(s) of Assessment | Balance Due on Assessed Tax (includes statutory additions calculated through 10/27/2003) |
|---|---|---|---|
| 1040 | 1985 | 07/31/1989 | $41,850.34 |
| 1040 | 1986 | 07/31/1989 | $10,204.56 |
| | | [Total: | $52,054.91] |

    5.   Statutory fees have been assessed against the taxpayer and are included in the assessed balances referred to in paragraph 4 above.

    6.   The date and amount of the assessments described in paragraphs 4 and 5, above, are all set forth on the certified Form 4340, Certificate of Assessments and Payments for the taxpayer.  The Certificate of Assessments and Payments is annexed hereto as Exhibit 1.  The balances shown on the certified Form 4340, Certificate of Assessments and Payments, do not include statutory additions that will have accrued through October 27, 2003.

    7.   Statutory additions that will have accrued through October 27, 2003, on the assessments referred to in paragraph 4, above, are included in the column entitled "balance due on assessed tax" set forth above.

- 3 -

8.   As of October 27, 2003, there will be due and owing to the United States from the taxpayer the total amount of $52,054.91 as set forth in paragraph 4 above.

I declare the foregoing to be true and correct pursuant to the penalty of perjury.  28 U. S. C. § 1746 (2).

Executed:  this ___17TH___ day of October 2003 in Pittsburgh, Pennsylvania.

EUGENE MURPHY
IRS Revenue Officer
Advisor/Reviewer
Pittsburgh, Pennsylvania



# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

_____

Date:    November 2, 2001

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340, Certificate of Assessments, and Payments, consisting of 8 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Harold Johnson, 7039 Georgian Rd, Philadelphia, PA 19138, for Tax Period(s) 8512, Form 1040.**

**GOVERNMENT EXHIBIT**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL LACZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Form **2866** (Rev 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                         EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       PERIOD ENDING: DEC  1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 52,851.96 | | | |
| | TAXABLE INCOME 0.00 | | | |
| 04-15-1986 | RETURN FILED & TAX ASSESSED 28211-112-20270-6 | 0.00 | | 06-02-1986 |
| 04-15-1986 | WITHHOLDING & EXCESS FICA | | 1,997.80 | |
| 06-02-1986 | REFUND | | (1,997.80) | |
| | ADDITIONAL TAX ASSESSED 28254-593-00004-9  198930 | 0.00 | | 08-07-1989 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28247-594-00068-9  198931 | 0.00 | | 08-14-1989 |
| | QUICK ASSESSMENT 23251-189-12100-9 | 9,365.00 | | 07-31-1989 |
| | QUICK ASSESSMENT 23251-189-12100-9 | 2,341.25 | | 07-31-1989 |
| | RESTRICTED INTEREST ASSESSED 198933 | 4,591.40 | | 07-31-1989 |
| | RESTRICTED INTEREST ASSESSED 198941 | 340.11 | | 10-23-1989 |

FORM 4340  (REV. 10-2000)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
|  | ADDITIONAL TAX ASSESSED<br>28254-672-15145-9  198941 | 0.00 |  | 10-23-1989 |
|  | RESTRICTED INTEREST<br>ASSESSED<br>198951 | 247.48 |  | 01-01-1990 |
|  | ADDITIONAL TAX ASSESSED<br>28254-742-15064-9  198951 | 0.00 |  | 01-01-1990 |
|  | RESTRICTED INTEREST<br>ASSESSED<br>199004 | 71.38 |  | 02-05-1990 |
|  | ADDITIONAL TAX ASSESSED<br>28254-411-15031-0  199004 | 0.00 |  | 02-05-1990 |
|  | RESTRICTED INTEREST<br>ASSESSED<br>199010 | 190.05 |  | 03-19-1990 |
|  | ADDITIONAL TAX ASSESSED<br>28254-453-15554-0  199010 | 0.00 |  | 03-19-1990 |

FORM 4340  (REV. 10-2000)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------|-----------|------------|
| | RESTRICTED INTEREST ASSESSED 199051 | 1,624.86 | | 12-31-1990 |
| | ADDITIONAL TAX ASSESSED 28254-744-15553-0  199051 | 0.00 | | 12-31-1990 |
| 01-03-1991 | SUBSEQUENT PAYMENT LEVY | | 2,196.99 | |
| | RESTRICTED INTEREST ASSESSED 199106 | 229.23 | | 02-18-1991 |
| | ADDITIONAL TAX ASSESSED 28254-430-15446-1  199106 | 0.00 | | 02-18-1991 |
| 03-22-1993 | OVERPAID CREDIT APPLIED 1040      199212 | | 1,153.00 | |
| | RESTRICTED INTEREST ASSESSED 199342 | 3,945.02 | | 11-01-1993 |
| | ADDITIONAL TAX ASSESSED 28254-681-18292-3  199342 | 0.00 | | 11-01-1993 |

FORM 4340  (REV. 10-2000)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
| 04-15-1994 | OVERPAID CREDIT APPLIED 1040        199312 | | 600.00 | |
| 05-26-1995 | FEDERAL TAX LIEN | | | |
| 05-31-1995 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 0.00 | |
| 06-19-1995 | FEES AND COLLECTION COSTS | 24.00 | | |
| 07-14-1995 | SUBSEQUENT PAYMENT LEVY | | 954.56 | |
| 03-13-1996 | COLLECTION STATUTE EXTENSION TO 12-31-2009 | | | |
| | RESTRICTED INTEREST ASSESSED 199704 | 6,612.63 | | 02-03-1997 |
| | ADDITIONAL TAX ASSESSED 28254-758-15082-6  199704 | 0.00 | | 02-03-1997 |
| 02-09-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 10-2000)                  PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 05-09-2000 | SUBSEQUENT PAYMENT LEVY | | 400.00 | |
| 04-15-2000 | OVERPAID CREDIT APPLIED 1040      199912 | | 63.51 | |
| 06-16-2000 | SUBSEQUENT PAYMENT LEVY | | 400.00 | |
| 04-15-2000 | OVERPAID CREDIT APPLIED 1040      199912 | | 285.00 | |

FORM 4340  (REV. 10-2000)                PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 04-15-2001 | OVERPAID CREDIT APPLIED 1040     200012 | | 67.17 | |
| 06-08-2001 | FEDERAL TAX LIEN | | | |
| 06-12-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 0.00 | |
| 07-02-2001 | FEES AND COLLECTION COSTS | 24.00 | | |
| 04-15-2001 | OVERPAID CREDIT APPLIED 1040     200012 | | 120.00 | |
| 07-31-1989 | Statutory Notice of Balance Due | | | |
| 10-02-1989 | Notice of Balance Due | | | |
| 10-23-1989 | Statutory Notice of Balance Due | | | |
| 11-06-1989 | Notice of Balance Due | | | |
| 12-11-1989 | Notice of Balance Due | | | |
| 01-01-1990 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 10-2000)                    PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        PERIOD ENDING: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-15-1990 | Statutory Notice of Intent to Levy | | | |
| 02-05-1990 | Statutory Notice of Balance Due | | | |
| 12-23-1996 | Statutory Notice of Intent to Levy | | | |
| 02-03-1997 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 10-2000)              PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

HAROLD JOHNSON                     EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     PERIOD ENDING: DEC 1985

---

BALANCE        23,366.18

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:     PAUL L. CZARNECKI

TITLE:     ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

LOCAL DELEGATION ORDER:     11


LOCATION: INTERNAL REVENUE SERVICE
          PHILADELPHIA, PA

       ACCOUNT STATUS DATE 10/22/2001

FORM 4340  (REV. 10-2000)        PAGE    8



**United States**          of America

Department of the Treasury
Internal Revenue Service

———

Date:  November 2, 2001

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340, Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Harold Johnson, 7039 Georgian Rd, Philadelphia, PA 19138, for Tax Period(s) 8612, Form 1040,**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002E

Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       PERIOD ENDING: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| | ADJUSTED GROSS INCOME 28,251.28 | | | |
| | TAXABLE INCOME 520.75 | | | |
| 04-15-1987 | RETURN FILED & TAX ASSESSED 28211-116-70395-7 | 0.00 | | 06-01-1987 |
| 04-15-1987 | WITHHOLDING & EXCESS FICA | | 3,259.87 | |
| 06-01-1987 | REFUND | | (3,259.87) | |
| | ADDITIONAL TAX ASSESSED 28254-593-00005-9  198930 | 0.00 | | 08-07-1989 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28247-594-00069-9  198931 | 0.00 | | 08-14-1989 |
| 08-14-1989 | RENUMBERED RETURN 28247-594-00069-9 | | | |
| | QUICK ASSESSMENT 23251-189-12101-9 | 2,339.00 | | 07-31-1989 |
| | INTEREST ASSESSED 198934 | 630.97 | | 07-31-1989 |
| 09-04-1989 | INTEREST ABATED | (0.25) | | |
| 05-26-1995 | FEDERAL TAX LIEN | | | |
| 03-13-1996 | COLLECTION STATUTE EXTENSION TO 12-31-2009 | | | |

FORM 4340  (REV. 10-2000)               PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        PERIOD ENDING: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 08-22-1997 | FEDERAL TAX LIEN | | | |
| 08-27-1997 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 0.00 | |
| 09-15-1997 | FEES AND COLLECTION COSTS | 24.00 | | |
| 02-09-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 03-12-1999 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 06-08-2001 | FEDERAL TAX LIEN | | | |
| 07-31-1989 | Statutory Notice of Balance Due | | | |
| 10-09-1989 | Notice of Balance Due | | | |

FORM 4340  (REV. 10-2000)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

HAROLD JOHNSON                         EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      PERIOD ENDING: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 11-13-1989 | Notice of Balance Due | | | |
| 12-18-1989 | Notice of Balance Due | | | |
| 01-22-1990 | Statutory Notice of Intent to Levy | | | |
| 12-23-1996 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 10-2000)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

HAROLD JOHNSON                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        PERIOD ENDING: DEC  1986
---------------------------------------------------------------------------

BALANCE         2,993.72

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE:_____ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

LOCAL DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE
          PHILADELPHIA, PA

          ACCOUNT STATUS DATE 10/22/2001

FORM 4340  (REV. 10-2000)          PAGE    4