IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02CV3644 |
| ) | |
| HAROLD JOHNSON ) | |
| 7039 Georgian Road ) | |
| Philadelphia, PA 19138 ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF PAT S. GENIS, DECLARATION OF EUGENE MURPHY and ORDER was served this 29th day of October, 2003, by placing true and correct copies thereof in the United States mail, first class postage prepaid, addressed as follows:

> Harold Johnson
> 7039 Georgian Road
> Philadelphia, PA 19138

_____
PAT S. GENIS